# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**
      **Plaintiff,**

**v.**                                                    **CASE NO. 10-40113-01-RDR**

**HECTOR ARMANDO ROJAS,**
      **Defendant.**

## Order on Government's Motion to Dismiss Indictment

The matter comes on before the Court on the motion of the government for the Court to dismiss the indictment in this case in the interests of justice.

1. That on November 17, 2010, an indictment was filed charging the defendant with one count of possession with intent to distribute of a mixture or substance containing a detectable amount of methamphetamine, and a warrant was issued in the above-captioned case.

2. That on December 14, 2010, the Government received a laboratory test report indicating that the substance possessed by the defendant contained no

controlled substances.

      3. Counsel for the defendant has been contacted and has no objection.

The Court finds this reasoning persuasive, and it is therefore the order of the Court that case 10-40113-01-RDR is dismissed in the interests of justice

                                               s/Richard D. Rogers
                                               United States District Judge